UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00201-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARNOLDO MONGE-RODRIGUEZ, a/k/a ARNOLDO MONGE, a/k/a GORGE L NAVARRO-AYALA, a/k/a IVAN RODRIGUES, a/k/a GORGE LUIS NAVARRO-AYALA, a/k/a IVAN RODRIGUEZ, a/k/a JOSE MELGA-AYALA, a/k/a JOEL HERNANDEZ, a/k/a JUAN MENDEZ, a/k/a RAFAEL MARTINEZ-PEREZ, a/k/a JOEL ROSAL HERNANDEZ, a/k/a RAFAEL HERNANDEZ, a/k/a JOSE GARCIA-RAMOS, a/k/a EDUARDO HERNANDEZ, a/k/a JOSE MELGA, a/k/a JOSE AYALA, a/k/a ARNOLDO MONGUE,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, June 5, 2009,** and responses to these motions shall be filed by **Friday, June 12, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be requested by counsel at a later date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 13, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: May 13, 2009

            BY THE COURT:

            s/ Wiley Y. Daniel
            Wiley Y. Daniel
            Chief United States District Judge