UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00201-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. ARNOLDO MONGE-RODRIGUEZ, a/k/a ARNOLDO MONGE, a/k/a GORGE L
NAVARRO-AYALA, a/k/a IVAN RODRIGUES, a/k/a GORGE LUIS NAVARRO-AYALA,
a/k/a IVAN RODRIGUEZ, a/k/a JOSE MELGA-AYALA, a/k/a JOEL HERNANDEZ,
a/k/a JUAN MENDEZ, a/k/a RAFAEL MARTINEZ-PEREZ, a/k/a JOEL ROSAL
HERNANDEZ, a/k/a RAFAEL HERNANDEZ, a/k/a JOSE GARCIA-RAMOS, a/k/a
EDUARDO HERNANDEZ, a/k/a JOSE MELGA, a/k/a JOSE AYALA, a/k/a ARNOLDO
MONGUE,

     Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Sentencing hearing is set for **Monday, November 23, 2009, at 11:00 a.m., in
Courtroom A-1002.**

     **Based on the decisions by the Supreme Court of the United States in *Gall
v. United States*, 128 S. Ct. 556 (Dec. 10, 2007) and *Kimbrough v. United States*,
128 S. Ct. 558 (Dec. 10, 2007), all motions for variance, downward departure,
upward adjustment, and for any sentence outside the advisory guideline range
shall be filed not later than fourteen (14) days prior to sentencing.  Responses to
these motions shall be filed not later than seven (7) days prior to sentencing
hearing.**

     **Motions for acceptance of responsibility and motions to dismiss
counts/indictment, and proposed orders as to these motions, shall be filed not
later than seventy-two (72) hours prior to the date of sentencing.**  Proposed orders
shall also be electronically submitted to the chambers e-mail account.  This deadline
does not in any way alter or affect deadlines for the filing of objections or other
pleadings established pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

**There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

Dated:  September 3, 2009