UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00201-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARNOLDO MONGE-RODRIGUEZ, a/k/a ARNOLDO MONGE, a/k/a GORGE L NAVARRO-AYALA, a/k/a IVAN RODRIGUES, a/k/a GORGE LUIS NAVARRO-AYALA, a/k/a IVAN RODRIGUEZ, a/k/a JOSE MELGA-AYALA, a/k/a JOEL HERNANDEZ, a/k/a JUAN MENDEZ, a/k/a RAFAEL MARTINEZ-PEREZ, a/k/a JOEL ROSAL HERNANDEZ, a/k/a RAFAEL HERNANDEZ, a/k/a JOSE GARCIA-RAMOS, a/k/a EDUARDO HERNANDEZ, a/k/a JOSE MELGA, a/k/a JOSE AYALA, a/k/a ARNOLDO MONGUE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing set for Monday, November 23, 2009, is **MOVED** from 11:00 a.m. to 10:00 a.m.

    Dated:  November 5, 2009